IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:17-CR-223-WKW |
| | ) | [WO] |
| WORLDLY DIEAGO HOLSTICK, | ) | |
| TYESHA LANISE LOCKHART, and | ) | |
| JAMES EARL McINTYRE | ) | |

# ORDER

Before the court are (1) the motions to suppress Title III intercepts filed by Defendants Worldly Dieago Holstick (Doc. # 323; *see also* Doc. # 346), Tyesha Lanise Lockhart (Doc. # 309), and James Earl McIntyre (Doc. # 414); (2) the Government's responses (Docs. # 329, 450); (3) the Reports and Recommendations (Docs. # 351, 504) that the motions to suppress be denied; and (4) Defendants' objections (Docs. # 398, 399, 523, 578). The Magistrate Judge held a hearing on Holstick's and Lockhart's motions on January 23, 2018. (Doc. # 344.) Additionally, he held a hearing on McIntyre's motion on April 12, 2018 (Docs. # 420, 529), and also incorporated the evidence and testimony from the January 23 hearing in recommending that McIntyre's motion to suppress be denied.

After a *de novo* review of the record and having evaluated the affidavits submitted in support of the applications for wiretap orders under Eleventh Circuit

precedent, the court concurs with the Reports and Recommendations and finds that Defendants' objections lack merit. Accordingly, it is ORDERED as follows:

(1) Defendants' objections (Docs. # 398, 399, 523, 578) are OVERRULED;

(2) The Reports and Recommendations (Docs. # 351, 504) are ADOPTED; and

(3) Defendants' motions to suppress Title III intercepts filed by Defendants Worldly Dieago Holstick (Doc. # 323), Tyesha Lanise Lockhart (Doc. # 309), and James Earl McIntyre (Doc. # 414) are DENIED.

DONE this 2nd day of May, 2018.

                                            /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE